IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tara Lyn Carreon and Charles Carreon,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Seidberg Law Offices, P.C., et al.,<br><br>　　　　Defendants. | No. CV 10-182-TUC-FRZ (DTF)<br><br>**ORDER OF REFERRAL**<br>**TO MAGISTRATE JUDGE** |

　　　IT IS HEREBY ORDERED that this case is referred back to Magistrate Judge D. Thomas Ferraro for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of the Rules of Practice of the United States District Court for the District of Arizona, Local Rules of Civil Procedure.

　　　All future filings in this case shall be designated: **CV 10-182-TUC-FRZ (DTF)**

　　　DATED this 24th day of February, 2010.

　　　　　　　　　　　　　　　　　　　　　　　*Frank R. Zapata*
　　　　　　　　　　　　　　　　　　　　　　　FRANK R. ZAPATA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge