```
SEIDBERG LAW OFFICES, P.C.
KENNETH W. SEIDBERG
STATE Bar # 003690
2412 EAST CAMPBELL AVE., SUITE 200
PHOENIX, AZ  85016
(602)248-8117
ATTORNEY FOR THE PLAINTIFF
```

                        IN THE SUPERIOR COURT
                    PIMA COUNTY, STATE OF ARIZONA

| | |
|---|---|
| CITIBANK (SOUTH DAKOTA), N.A. | NO. C20101500 |
| PLAINTIFF | SERVICE OF PROCESS BY PRIVATE PERSON |
| vs | |
| TARA L CARREON AND JOHN DOE, SPOUSE | ASSIGNED TO THE HONORABLE JUDGE: |
| DEFENDANT | |

STATE OF ARIZONA   )  ss.
County of Maricopa )

The undersigned, being first duly sworn, states:
1. That I am fully qualified, pursuant to RCP 4(d), to serve process in this cause:

2. That on 03/01/2010 I received the following documents:

   a) SUMMONS & COMPLAINT
   b) CERTIFICATE ON COMPULSORY ARBITRATION
   c)
   d)
   e)
   f)
   g)
   h)
   i)
   j)
   k)
   l)

```
Track Down, Inc.              Client ID No....: 540876
PO Box 56846                  Field Report No.: 9704923     (v4.13)
Phoenix, AZ 85079-6846
(602) 252-8521
```

-1-

3. That the person served does not have any military obligations, except as noted below.

4. That if this is an affidavit of posting of a trustee's sale, a due and diligent effort to ascertain whether or not trustors are affiliated with the military service was done, and no one could be found at the posting location who had knowledge of the trustors except as noted below.

5. That I personally served copies of the above documents, on the person at the time, place and manner as follows:

UPON TARA L CARREON, A SINGLE WOMAN, PERSONALLY, WHO IS OF SUITABLE AGE AND DISCRETION, BY SERVING HER ONE TRUE COPY OF EACH, AT HER USUAL PLACE OF ABODE, 2165 S AVENIDA PLANETA, TUCSON, PIMA COUNTY, ARIZONA, 85710, AT THE HOUR OF 7:45 P.M., MARCH 3, 2010.

DEFENDANT IDENTIFIED HERSELF TO ME THROUGH THE DOOR AND ASKED ME TO LEAVE THE PAPERS ON HER DOORSTEP. I INFORMED HER SHE WAS SERVED AND LEFT PAPERS AS REQUESTED. I WAS UNABLE TO OBTAIN HER PHYSICAL DESCRIPTION.

| | |
|---|---|
| 1 Document(s) served: | $16.00 |
| 0 W/G(s) served: | $0.00 |
| 0 Sales Notices posted: | $0.00 |
| 17 Miles: | $40.80 |
| Min. Miles Total | $0.00 |
| Notary & Prep. Fee | $10.00 |
| Witness Fee | $0.00 |
| Filing Fee | $0.00 |
| Additional Cost | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| TOTAL | $66.80 |

Brandon M. Freeman     #389
Registered in Pima County
Subscribed and Sworn to before me on
Thursday the 08th Day of April, 2010

Chad Philip Cole, Notary Public
My Commission Expires: 04/24/2010

Track Down, Inc.
PO Box 56846
Phoenix, AZ 85079-6846
(602) 252-8521

-2-                                             9704923    (v4.13)