SEIDBERG LAW OFFICES, P.C.
P.O. Box 7290
Phoenix, Arizona 85011
(602) 248-8117
court@seidberglaw.com

Kenneth W. Seidberg, SBA #3690
Joseph L. Whipple, SBA #21391
Attorneys for Plaintiff

FEB 2 2 2010
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

C20101500

| | |
|---|---|
| Citibank (South Dakota), N.A. | NO.: |
| Plaintiff, | CERTIFICATE OF |
| vs | COMPULSORY ARBITRATION |
| Tara L Carreon and John Doe, Spouse | |
| Defendant(s). | |

The undersigned certifies that the largest award sought by the Complainant, including punitive damages, but excluding interest, attorney's fees, and costs is such that according to the Local Rule for compulsory arbitration, this case **IS** subject to the Uniform Rules of Procedure for Arbitration.

Dated this 11th day of Feb, 2010.

SEIDBERG LAW OFFICES, P.C.

By: _____
Joseph L. Whipple, SBA #21391
Kenneth W. Seidberg, SBA #3690

COPY of the foregoing
delivered this 11th day of
Feb, 2010 to:

Superior Court Arbitration Clerk

_____

SEIDBERG LAW OFFICES, P.C.
P.O. Box 7290
Phoenix, Arizona 85011
(602) 248-8117
court@seidberglaw.com

Kenneth W. Seidberg, SBA #3690
Joseph L. Whipple, SBA #21391
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

| | | |
|---|---|---|
| Citibank (South Dakota), N.A. | ) | CAUSE NO: C20101500 |
| | ) | |
| Plaintiff, | ) | SUMMONS |
| vs | ) | |
| | ) | |
| Tara L Carreon and John Doe, Spouse | ) | KENNETH LEE |
| | ) | |
| Defendants. | ) | |

IN THE STATE OF ARIZONA TO THE DEFENDANTS:

Tara L Carreon
2165 S Avenida Planeta
Tucson AZ 85710-5461

and John Doe,
2165 S Avenida Planeta
Tucson AZ 85710-5461

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive on the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; ARS §20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney. RCP 10(d); ARS §12-311; RCP 5.

REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.

The name and address of Plaintiff's attorney is:

SEIDBERG LAW OFFICES, P.C.
P.O. Box 7290
Phoenix, Arizona 85011
(602) 248-8117

SIGNED AND SEALED this date: FEB 22 2010

PATRICIA A. NOLAND

Clerk

Deputy Clerk

SEIDBERG LAW OFFICES, P.C.
P.O. Box 7290
Phoenix, Arizona 85011
(602) 248-8117
court@seidberglaw.com



Kenneth W. Seidberg, SBA #3690
Joseph L. Whipple, SBA #21391
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

| | | |
|---|---|---|
| Citibank (South Dakota), N.A. | ) | CAUSE NO. C20101500 |
| | ) | |
| Plaintiff, | ) | COMPLAINT |
| vs | ) | |
| | ) | (Contract) |
| Tara L Carreon and John Doe, Spouse | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ACCOUNT STATED

COMES NOW Plaintiff, and alleges as follows:

1. Plaintiff is a national banking association based in South Dakota, and by virtue of the same is authorized to conduct business in Arizona;

2. The subject debt arises out of credit card transactions that occurred in the above captioned County/Precinct/State and/or Defendant resides in said County/Precinct and State;

3. Tara L Carreon, hereinafter ("Defendant") submitted to Plaintiff or its assignor(s) either a written or telephonic application for one or more credit cards;

4. Defendant accepted from Plaintiff or its assignor(s) the subject credit card(s) and governing credit card agreement(s);

5. Defendant used and/or authorized a third party to use the credit card(s) for purchases and/or cash advances and/or balance transfers, such use of the credit card(s) conferring a benefit upon Defendant and resulting in a balance in the sum of $13730.31, as set forth in the attached Exhibits, less all lawful credits and offsets applied from date of charge-off;

6. To the extent the Defendant was married when the purchases and/or cash advances and/or balance transfers were made, Plaintiff alleges the debt to be both community and separate in nature, the non-debtor spouse being joined as a necessary party in accordance with Arizona law in the event the debt is solely pre-marital in nature.

7. The use of the credit card(s) constituted Defendant's agreement to be bound by the terms and conditions of the governing credit card agreement(s), to include, among other things, a commitment to make timely monthly payments in accordance with monthly statements associated with the credit card(s), the same having been mailed to Defendant every month from the inception of the credit card account(s);

8. Plaintiff tendered valuable consideration for all purchases and/or cash advances and/or balance transfer incurred on the credit card(s);

9. Defendant failed to make payments toward the credit card(s) in accordance with the governing credit card agreement(s) and monthly credit card statements that were mailed to Defendant;

10. Plaintiff has made all demands and taken all actions necessary to mature and/or accelerate the debt described herein, and such amount remains due and owing;

11. Pursuant to A.R.S. 44-1201, Plaintiff is entitled to 10.00% statutory interest after Judgment;

12. Pursuant to terms and conditions of the governing credit card agreement(s), Plaintiff is entitled to recover reasonable attorney's fees;

WHEREFORE, Plaintiff prays for Judgment against Defendant(s), both separately and as a community, if applicable, and each of them, for the amount stated above, plus interest, costs and such other relief as the Court deems just and proper.

DATED this 11th day of Feb 2010.

SEIDBERG LAW OFFICES, P.C.

By: _____
Joseph L. Whipple, SBA #21391
Kenneth W. Seidberg, SBA #3690

CITIBANK (SOUTH DAKOTA), N.A. )
                            Plaintiff, )
                               vs. )      Case No.
TARA L CARREON )
XXXXXXXXXXXX2543 )
                           Defendant, )
                                                        **AFFIDAVIT**

STATE OF MISSOURI )
                       ) ss.
COUNTY OF PLATTE )

Before me, the undersigned authority, personally appeared **Shayna Gier**, who being by me duly sworn, deposed as follows:

1. My name is **Shayna Gier**, and I am of sound mind, lawful age, capable of making this Affidavit. The statements set forth in this affidavit are true and correct to the best of my knowledge, information and belief based on either personal knowledge or review of the business records described herein. I am authorized to make this affidavit on behalf of Citibank (South Dakota), N.A. ("Citibank").
2. I am employed by Citicorp Credit Services, Inc. (USA), which is referred to herein as "CCSI." CCSI is a subsidiary of Citibank and services credit card accounts owned by Citibank, including maintaining and recording information in Citibank's records as they relate to credit card accounts owned by Citibank. Citibank is a National Bank located in Sioux Falls, South Dakota.
3. By virtue of the CCSI/Citibank relationship, my employment duties include being a custodian of records for CCSI and Citibank with respect to credit card accounts issued by Citibank. As a custodian of records, I have knowledge of, and access to, relevant account information and records concerning Citibank account number ending in 2543 (the "Account"), which is the subject of this lawsuit, including: the name and address of the debtor (hereafter "defendant"); that the defendant did apply for and was issued the Account; the Account's history of charges representing extensions of credit, finance charges, fees imposed, payments made, and credits received; and the outstanding balance due on the Account.
4. Citibank's records reflect that defendant did use or authorize the use of the Account for the purpose of obtaining extensions of credit to purchase goods and services and/or cash advances. Defendant has been provided periodic billing statements for the Account (other than months in which no statement may have been required under applicable law) describing the amount due. Defendant, having agreed to the terms and conditions of the Account by defendant's use of the Account, did eventually fail to make timely payments on the Account according to the terms of the card agreement and as requested on the periodic billing statements. The last payment received by Citibank on the Account was posted to the Account on 04/28/09. Defendant is presently in default on the Account.
5. Exhibit A attached hereto is a true and correct copy of the statement transaction detail on the last periodic billing statement for the Account that was sent to defendant, which reflects the balance due and owing on the Account as of closing date on such statement. Exhibit A is a true and correct business record reflecting information created and maintained by Citibank or its affiliates (including CCSI), in the course of regularly conducted business activity, and is part of the regular practice of Citibank to create and maintain such information, and also was made at the time of the act, transaction, occurrence or event or within a reasonable time thereafter. As reflected on Exhibit A, the balance of $13730.31 on the Account is presently due, plus applicable interest from the closing date on Exhibit A until paid.
6. Demand for payment of the balance owing was made more than thirty (30) days prior to making this affidavit, after which the attorneys representing Citibank were retained for the purpose of collecting the delinquent debt owed on the Account.
7. The debt reflected on Exhibit A is delinquent, past due and remains due and owing. Citibank is the party and entity to whom the delinquent debt is owed. There are no payments, set-offs, credits, or allowances due or to become due from Citibank to the defendant, other than those set forth herein or set forth on Exhibit A attached hereto.
8. Defendant has made no claim of being an active member in the military services of the United States or any state thereof, and to the best of my knowledge the defendant is not an active member in military service. Nor has defendant requested reduction of the interest rate on this account to 6% pursuant to the Servicemembers Civil Relief Act.
9. Pursuant to the terms and conditions of the Account, defendant agreed to pay reasonable attorneys' fees to Citibank (South Dakota), N.A. in the event it becomes necessary to hire an attorney to collect any unpaid balance.

By _____
Name: **Shayna Gier**
Title: Authorized Agent

On this 12 day of Jan., 2010, before the undersigned Notary Public in and for the state of Missouri, personally appeared **Shayna Gier**, known to me to be the person who executed the Affidavit on behalf of the above-named Plaintiff, and acknowledged to me that he/she executed the same for the purposes therein stated.

_____
Notary Public
My commission expires: 9/22/12

[NOTARY SEAL: BECKY FUCHS, NOTARY PUBLIC, NOTARY SEAL, #0861920, JACKSON COUNTY, STATE OF MISSOURI, COMMISSION EXPIRES SEPT 22, 2012]

AZ

SITE:KC-CL TM:CO-5000 ACID:RB4980
01/06/10 21:45:37

**www.citicards.com**

**Account Member**
TARA L CARREON

**Account Number**
5424 1807 3277 2543

**How to Reach Us**
1-800-756-4000

**Customer Service**
BOX 6000
THE LAKES, NV
89163-6000

**Account Activity**
Oct 09-Nov 09, 2009

**Minimum Payment Due:** $13,730.31   **New Balance:** $13,730.31

**Payment Due Date:** 12/07/2009   Payment must be received by 5:00 PM local time on the payment due date.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a $39 late fee and your APRs may be increased up to the Penalty APR of 28.99%.

### Standard Purchases

| Sale | Post | Description | (+) Purchases & Advances | | Amount |
|---|---|---|---|---|---|
| 000000000 | 11/09 | LATE FEE - OCT PAYMENT PAST DUE | 66 | 0000 | 39.00 |
| 000000000 | 11/09 | PURCHASES*FINANCE CHARGE*PERIODIC RATE | 84 | 0000 | 343.44 |

### Account Summary

| | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| Purchases | 13,347.87 | 39.00 | 0.00 | 343.44 | 13,730.31 |
| Advances | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 13,347.87 | 39.00 | 0.00 | 343.44 | 13,730.31 |

### Rate Summary

Days This Billing Period: 32

| | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES Standard Purch | 13,513.50 | 0.07942%(D) | 28.990% | 28.990% |
| ADVANCES Standard Adv | 0.00 | 0.07942%(D) | 28.990% | 28.990% |

Your late fee was based on your account balance as of the payment due date (11/04/09), which was $13,347.87.

Help is available! Please call the toll-free number shown above to learn about our special payment options. Call Monday - Friday, 7 am to 9 pm, or Saturday, 8 am to 5 pm, Central Time. Please give us the opportunity to assist you.

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $13,347.87 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases | $39.00 |
| Balance Transfers | $0.00 |
| Cash Advances | $0.00 |
| Amount Over Credit Line | $2,170.31 |
| Past Due Amount | $2,559.65 |
| New Balance | $13,730.31 |

| | |
|---|---|
| Credit Limit | $11,560 |
| Available Credit | $0 |
| Cash Advance Limit | $2,700 |
| Available Cash Limit | $0 |
| Statement Closing Date | 11/09/09 |
| Days in Billing Cycle | 32 |

1 of 2

date paid _____ amount paid _____ check # _____

Detach and follow payment instructions on reverse

Make check payable to: **Citi Cards**

---

**New Balance:**
$13,730.31
**Minimum Payment Due:**
$13,730.31
**Payment Due Date:**
12/07/2009

000000 MC 32 A 0
TARA L CARREON
2165 S AVERID PIANESTA
TUCSON AZ 85710

**Account Number:**
5424 1807 3277 2543
**Amount Enclosed:**

Payment must be received by 5:00 PM local time on the payment due date.

CITI CARDS
P.O. BOX 182564
COLUMBUS, OH 43218-2564

TARA L CARREON
2543

**How to Reach Us**
1-800-756-4000

**Customer Service**
BOX 6000
THE LAKES, NV 89163-6000

Access your account online:www.citicards.com

Our records show home phone 520-822-7288 and business phone 520-822-7288. If incorrect, please update your account online at www.citicards.com or call us at 1-800-756-4000 to let us know.

Your statement has changed for the better. To make it easier for you to manage your account, we've enhanced various aspects of your billing statement to highlight important details at a glance. Look for more changes coming soon as we continue to improve your statement.