Richard Groves, Esq.  ABN # 4014
4045 E. Union Hills Dr.  #126
Phoenix, AZ 85050
(602) 230-0995  fax (602) 569-9354
email: azconsumerlaw@cox.net

Attorney for Movant Brandon Freeman

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

| | |
|---|---|
| TARA LYN CARREON and CHARLES CARREON | CV10-182-TUC-FRZ (DTF) |
| Plaintiffs, | |
| | NOTICE OF APPEARANCE |
| SEIDBERG LAW OFFICES, P.C., et. al | |
| Defendants, | (Assigned to Honorable Judge D. Thomas Ferraro) |
| BRANDON M. FREEMAN | |
| Movant | |

COMES NOW the undersigned counsel, who respectfully submits his Notice of Appearance in this matter on behalf of Movant, Brandon M. Freeman.

RESPECTFULLY SUBMITTED this 19th day of May, 2010.

> s/Richard N. Groves
> Richard N. Groves
> Attorney for Movant

## CERTIFICATE OF SERVICE

I certify that on the 19th day of May, 2010, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mr. Kenneth William Seidberg
email: Court @seidberglaw.com

Attorney for Defendants

I certify that on the 19th day of May, 2010, I mailed via the U.S. Postal Service, postage prepaid, the foregoing document to:

Charles Carreon
Tara Lyn Carreon
2165 S. Avenida Planeta
Tucson, Arizona  85710

Pro Per Plaintiffs


By:  s/ Richard N. Groves
       Richard N. Groves