SEIDBERG LAW OFFICES P.C.
P.O. Box 7290
Phoenix, Arizona  85011
(602) 248-8117

Kenneth W. Seidberg, SBA #3690

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TARA LYN CARREON AND CHARLES CARREON, | NO. CIV10-182TUC-DTF |
| Plaintiff, | |
| vs | NOTICE OF SETTLEMENT AND REQUEST TO VACATE RULE 16 SCHEDULING CONFERENCE |
| SEIDBERG LAW OFFICES, P.C., JOSEPH LEE WHIPPLE, KENNETH W. SEIDBERG, and Does 1-10, | |
| Defendant(s). | |

COMES NOW the undersigned and herein advises the Court that the Parties have reached a settlement of all issues subject to this federal litigation.  Your undersigned files this Notice in an effort to keep the Court's June 3rd deadline which was previously set anticipating the need for a scheduling conference on June 9, 2010.  Your undersigned intends by this Notice to advise the Court timely of a settlement between the Parties above and requests that the Scheduling Conference be vacated.   An executed stipulation to dismiss this matter shall be filed with the Court on or before Monday, June 7, 2010.

   RESPECTFULLY SUBMITTED this 3rd day of June, 2010.

              SEIDBERG LAW OFFICES P.C.
              KENNETH W. SEIDBERG


              By /s/ Kenneth W Seidberg



Copy mailed/emailed/delivered this
3rd day of June, 2010 to:


Tara Lyn Carreon
Charles Carreon
2165 S. Avenida Planeta
Tucson, AZ  85710

By /s/Kenneth W Seidberg